STATE v. FERGUSON

No. 24P83.

Case below: 59 N.C. App. 738.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 March 1983.

STATE v. FISHER

No. 79P83.

Case below: 60 N.C. App. 439.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 March 1983.

STATE v. FUNDERBURK

No. 115P83.

Case below: 60 N.C. App. 777.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 March 1983.

STATE v. GLENN

No. 669P82.

Case below: 59 N.C. App. 362.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 March 1983.

STATE v. GOFORTH

No. 699P82.

Case below: 59 N.C. App. 504.

Petition by defendant for discretionary review under G.S. 7A-31 allowed for the purpose of reversing and remanding for resentencing 8 March 1983.